# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**NICHOLAS D'ANDRE THOMAS,**

        **Plaintiff,**

v.                                                                                                     Case No. 22-3113-SAC

**STATE OF KANSAS,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)   DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 08/02/22

**Dated:  August 2, 2022**                      SKYLER B. O'HARA
                                                  CLERK OF THE DISTRICT COURT


                                                  **s/S. Nielsen-Davis**
                                                  **Deputy Clerk**